# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allanna Warren, | Case No. 2:23-cv-00988-APG-DJA |
| Plaintiffs, | |
| v. | **Order** |
| Hilton Grand Vacations, | |
| Defendant. | |

Before the Court is Plaintiff Allanna Warren's motion for leave to file documents electronically. (ECF No. 6). Defendant filed a response, but does not oppose Plaintiff's request to file electronically. (ECF No. 13). Under Local Rule IC 2-1(b), a *pro se* litigant may request the Court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 6).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 6) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: July 20, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE