UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>　　　Plaintiff<br><br>v.<br><br>HILTON GRAND VACATIONS,<br><br>　　　Defendant | Case No.: 2:23-cv-00988-APG-DJA<br><br>**Order**<br><br>[ECF No. 66] |

　　　I ORDER that plaintiff Allanna Warren's motion for extension of time **(ECF No. 66) is GRANTED**. Plaintiff Allana Warren's response to defendant Hilton Grand Vacations' motion to dismiss (ECF No. 63) is due by March 8, 2024.

　　　DATED this 22nd day of December, 2023.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE